UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ROBERTO J. MONGALO,

      CASE NO.: 1:14-cv-23008

   Plaintiff,

v.

JEWELERS MUTUAL
INSURANCE COMPANY,

   Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, JEWELERS MUTUAL INSURANCE COMPANY ("JEWELERS MUTUAL"), by and through its undersigned counsel and pursuant to 28 U.S.C §1446 and 25 U.S.C. §1332, hereby files this Notice of Removal to this Court of a civil action filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County in which JEWELERS MUTUAL has been named as a Defendant, and in support thereof states as follows:

1. Roberto J. Mongalo filed a Complaint for damages against JEWELERS MUTUAL in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida on or about July 10, 2014.

2. A copy of the Summons and Complaint were served upon JEWELERS MUTUAL on or about July 18, 2014. A copy of the entire state Court file is attached hereto as Exhibit "A".

3. Although the Complaint is silent as to what state Roberto Mongalo is a citizen of, the policy attached to the Complaint lists his address in Florida and on information and belief he is either a resident of Florida or California.

CASE NO.: 14-017532 CA 01

4. JEWELERS MUTUAL is a corporation domiciled in Wisconsin with its principal place of business in Neenah, Wisconsin.

5. The Plaintiff's Complaint seeks damages for all "the jewelry covered under the policy" See Plaintiff's Complaint at Paragraph 5. The policy of insurance "attached as Exhibit "A" to the Complaint lists the appraised values as to the total amount of jewelry insured at $277,105.00. Furthermore, the claim which was denied was for all of the jewelry scheduled on the policy.

6. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. §1332, as there is complete diversity between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.

7. As the Complaint was served on July 18, 2014 the Notice of Removal is being filed within thirty (30) days of JEWELERS MUTUAL being served with a copy of the Plaintiff's Complaint, as is required by 28 U.S.C. §1446(b).

8. Removal is therefore proper under 28 U.S.C. §1441. Pursuant to 28 U.S.C. §1446(d). A copy of the Petition and Notice of Removal is being properly field with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and served on counsel for Plaintiff.

WHEREFORE, the Defendant, JEWELERS MUTUAL INSURANCE COMPANY, submits that this Notice and Petition for Removal be deemed good and sufficient, and that the aforesaid action be removed from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United Stated District Court for the Southern District of Florida, Miami Division, for further proceedings.

CASE NO.: 14-017532 CA 01

Respectfully submitted,

**SIMON, REED & SALAZAR, P.A.**

/s/ Michael Simon
MICHAEL SIMON
Florida Bar No. 0062790
Dadeland Centre I - Suite 1218
9155 S. Dadeland Blvd.
Miami, Florida 33156
Tel.: (305) 670-0776
Fax: (305) 670-0731
Email: msimon@simonreedlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF on this 15th day of August, 2014.

By:  /s/  MICHAEL SIMON

**SERVICE LIST:**

**Albert E. Moon, Esq.**
Albert E. Moon, P.A.
19 West Flagler Street
Suite 705
Miami, Florida 33130
Email: albertmoonpa@bellsouth.net,