# EXHIBIT "A"

09-218
ROBERTO J. MONGALO

      Plaintiff,

v.

JEWELERS MUTUAL
INSURANCE COMPANY

      Defendant

_____/

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

FLORIDA BAR NO. 248886

## COMPLAINT

Roberto J. Mongalo sues Jewelers Mutual Insurance Company and says:

1. This is an action for declaratory relief brought pursuant to F.S. §86.01 et. seq.,
The Uniform Declaratory Judgment Act.

2. Defendant Jewelers Mutual Insurance Company (hereinafter Jewelers) is a
foreign corporation authorized to do business in the State of Florida and selling jewelry
insurance policies to the public.

3. Defendant Jewelers issued to Plaintiff a policy of insurance containing personal
jewelry coverage, number PJW354613 with effective dates 9/24/08 to 9/24/09, a copy of
the policy being attached hereto as Exhibit "A".

### COUNT I - Declaratory Relief

4. Plaintiff realleges and incorporates herein the allegations contained in
paragraphs 1 through 3.

5. That on July 5, 2009 Plaintiff's jewelry covered under the policy was stolen.

6. Plaintiff notified Defendant of the loss and has complied with all conditions precedent to making a claim for the loss or Defendant has waived those conditions.

7. Defendant has refused to pay the claim and has denied coverage for the loss.

8. Plaintiff is in doubt as to his rights and obligations under the policy, more particularly for the claimed covered jewelry loss of 7/5/09. Plaintiff is entitled to have his doubts removed concerning any claimed misrepresentation and there is an actual, bona fide, present need for a declaration. All parties are properly before the court.

9. Plaintiff has had to retain the law firms of Albert E. Moon, P.A. and Peter A. Cohen, P.A. to represent him in the bringing of this claim and owes them a reasonable fee for their services.

WHEREFORE, Plaintiff Roberto Mongalo requests this court to:

1. Take charge of the parties hereto and subject matter hereof, and

2. Declare that there is coverage for the Plaintiff's jewelry theft loss of 7/5/09 under Defendant's policy number PJW354613, and

3. Grant any other relief the Court deems appropriate and

4. Award Plaintiff attorney fees pursuant to F.S.§627.428 and all costs of this action.

## COUNT II - Breach of Contract

10. Plaintiff realleges and incorporates herein the allegations contained in paragraphs 2, 3, 5, 6, 7 and 9.

11.  This is an action for damages greater than Fifteen Thousand ($15,000) Dollars, exclusive of interest and costs.

12.  As a result of Defendants refusal to pay Plaintiff's claim for jewelry loss, Plaintiff has been damaged to the extent of the actual cash value of the stolen jewelry, along with prejudgment interest thereon.

WHEREFORE Plaintiff Roberto J. Mongalo demands damages from Defendant Jewelers Mutual Insurance Company along with prejudgment interest, attorney fees pursuant to F.S. §627.428 and all costs of this action and demands trial by jury of all issues so triable as of right.

ALBERT E. MOON, P.A.
Attorney for Plaintiff
19 West Flagler Street, Suite 705
Miami, Florida 33130
Telephone No.  305-379-7362
Email: albertemoonpa@bellsouth.net

ALBERT E. MOON, ESQUIRE



**Jewelers Mutual**
INSURANCE COMPANY

24 Jewelers Park Drive PO Box 468
Neenah, Wisconsin 54957-0468

800 558-6411  Fax: 920 725-9401
www.jewelersmutual.com

I do hereby certify that the attached is a true and correct copy of the insurance policy issued
to Roberto J Mongalo and Carola Suarez which was effective 9/24/2008 to 9/24/2009.


_Kim Tesserer_

Jewelers Mutual Insurance Company


STATE OF WISCONSIN

COUNTY OF WINNEBAGO

SWORN TO AND SUBSCRIBED before me this the
15 day of Oct, 2009.


_Jessica M Verhagen_
NOTARY PUBLIC
Jessica Verhagen
STATE OF WISCONSIN

> JESSICA M VERHAGEN
> NOTARY PUBLIC
> STATE OF WISCONSIN



EXHIBIT
A

9/25/2008  9:47:15AM

**FORMS LIST**
**Cover Page**

| | | | |
|---|---|---|---|
| Requestor: | SDIETZEN | Transaction Type: | NB | Print Location: | Mail Room |
| Policy Number: | PJW354613 | Policy Effective Date: | 09/24/2008 | Policy Expiration Date: | 09/24/2009 |
| Insured Name: | Roberto J Mongalo | Formset Id: | 2291796 | | |

Special Handling Instructions:

Complete Policy Set of Forms & Endorsements:

| Form Name | Version | Description | Insured | Loss Payee | Agency | Jeweler |
|---|---|---|---|---|---|---|
| COVER | 10-02 | Cover Sheet | X | | | |
| ADDPAGE | 10-02 | Address Page | X | | | |
| DECPJ | 10-02 | Personal Jewelry Declarations Page | X | | | |
| PRIVACY | 10-02 | Privacy Notice | X | | | |
| PJ004 | 07-03 | Personal Jewelry Policy Booklet | X | | | |
| PJ709 | 03-06 | Florida Amendatory Endorsement | X | | | |

** End of Report **

## Thank you for insuring your jewelry with Jewelers Mutual!

Roberto J Mongalo
17221 SW 143rd Ct
Miami FL  33177-2752

**Thanks for being our customer!**

Here are reasons to continue to insure with Jewelers Mutual:

- We offer a Valued Policyholder Discount if you've been insured with us for three or more years.
- You can pay your premiums using MasterCard, Visa, Discover or American Express.
- If your annual premium is $200 or more, installment options are available.
- In the event of a loss, we allow you to work with your preferred jeweler to have the jewelry repaired or replaced.
- We provide safety tips and information about the care of gemstones on our Web site, www.jewelersmutual.com.
- More than 150,000 individuals just like you insure more than $1.7 billion of jewelry with us.
- We're the jewelry insurance specialists! Insuring jewelry and jewelry businesses has been our only business for more than 90 years.
- Our A+ Superior rating from A. M. Best shows we have the financial strength and stability to be around when you need us.

Your satisfaction is important to us.  If you would like to make suggestions about how we can improve our service to you, please call us toll free at 888-884-2424 or e-mail us at PersonalJewelry@jminsure.com. We welcome your feedback.

If we are doing a good job, please tell your family and friends about us.  We love referrals!

The policy is a legal contract between the policy owner and Jewelers Mutual Insurance Company. PLEASE READ YOUR POLICY CAREFULLY. The policy sets forth, in detail, the rights and obligations of both you and your insurance company. IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.



**Jewelers Mutual**
I N S U R A N C E   C O M P A N Y
24 Jewelers Park Drive P.O. Box 468 Neenah, WI 54957-0468
888 884-2424 • Fax 920 725-9401 • www.jewelersmutual.com

Dear Policyholder,

I'd like to welcome you as a Jewelers Mutual Insurance Company policyholder. You've joined many other people who trust their most prized possessions with the only insurance company that specializes in protecting jewelers and individuals with personal jewelry.

To insure additional jewelry with us, just mail or fax a request to add the items to your policy, along with a current appraisal. We'll begin coverage for the jewelry as of the postmark date on the envelope or the day when we receive the fax. We will bill you for the additional premium.

Protecting your jewelry from loss, theft, and damage represents a valuable partnership between you and us. To build lasting relationships, we believe strongly in loss prevention procedures that not only protect your jewelry but keep insurance rates as low as possible.

With nearly a century of jewelry insurance experience, we've learned that a few simple precautions can make life easier for everyone and protect your treasured property.

1.  When not wearing your jewelry, put it in a safe place. A home safe or safe-deposit box is best. If those aren't available, use a secure, locked and preferrable immobile compartment.

2.  Avoid keeping expensive jewelry in a jewelry box or in your dresser. You should only store your inexpensive or costume jewelry in these places. Your bedroom is the first place a thief will look for jewelry. Choose a location that is not easy for others to find, yet convenient for you.

3.  Remove jewelry and put in a secure place before doing physical activity, such as sports, gardening, or when going in or near water.

4.  Don't put jewelry in your pockets, even zippered ones.

5.  Don't set jewelry on an open surface like a sinktop, counter or public area.

6.  Don't pack jewelry in luggage that will be handled by others or left in an unattended hotel room—keep it with you or use the in-room safe or hotel safe.

7.  If you bump or catch your jewelry on something, inspect it immediately- look for loose prongs, broken clasps or missing stones. Put damaged jewelry in a safe place until it can be repaired.

8.  Be careful when removing gloves – rings can be lost or prongs damaged easily.

9.  Have a jeweler clean and inspect your jewelry regularly.

Thank you for choosing Jewelers Mutual. Please call our Personal Jewelry Department anytime at 1-888-884-2424 for assistance.

Sincerely,

*Carol Q Sanders*

Carol Sanders,
Corporate Secretary of Jeweler's Mutual Insurance Company



**Jewelers Mutual**
INSURANCE COMPANY
24 Jewelers Park Drive  P.O. Box 468  Neenah, WI 54957-0468
888 884-2424 • Fax 920 725-9401 • www.jewelersmutual.com

**Notice to Policyholders:**
**How We Protect Your Privacy**

Jewelers Mutual respects the privacy of our customers and protects nonpublic personal information that you share with us. We do not sell our customer list to any vendors or distributors. This notice informs you, our valued policyholder, how we at Jewelers Mutual Insurance Company collect, use, and protect your nonpublic personal information.

**Collecting information to conduct our business**
We collect, retain and use nonpublic personal information about you for the purpose of providing insurance, insurance-related services, and to respond to your specific requests. We may collect information about you from the following sources:

- Information you provide on applications or other forms, or information that you provide in response to our requests. *(This includes identifying information, such as your name and address, financial information that allows us to underwrite and service your policy, and security information.);*

- Information about your transactions with us or others *(such as policies purchased and premium payment history);* and

- Information we receive from a consumer-reporting agency *(such as your credit worthiness and credit history).*

**Disclosing information**
We do not disclose nonpublic personal information about our customers to third parties, other than those working on our behalf, except as needed to conduct business, for example to process a claim, or as required by law. In some cases, such as handling your claim, we may be permitted by law to disclose information to third parties without your authorization.

**Protecting the confidentiality and security of your information**
We restrict access to nonpublic personal information about you to those employees or others acting on our behalf who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with applicable federal regulations to guard your nonpublic personal information.

You have the right to obtain access to certain items of information we have collected about you. Further, you have the right to request correction of information if you feel it is inaccurate.

Please contact us if you would like additional information about our policies and procedures to protect the privacy of your information. To request a copy of our privacy policy or to access your information, please contact us:

Toll-free 1-888-884-2424
personaljewelry@jminsure.com
Jewelers Mutual Insurance Company
Personal Jewelry Insurance Department
24 Jewelers Park Drive
P. O. Box 468
Neenah, WI  54957-0468



**Jewelers Mutual**
INSURANCE COMPANY
24 Jewelers Park Drive · P.O. Box 468 · Neenah, WI 54957-0468
888 884-2424 · Fax 920 725-9401 · www.jewelersmutual.com

**Personal Jewelry**

**Amended Declaration**

Added Jewelry Items

Effective   05/30/2009

| Named Insured and Address | Agency |
|---|---|

Roberto J Mongalo
Carola Suarez
17221 SW 143rd Ct
Miami, FL  33177-2752

| Policy | From | To | |
|---|---|---|---|
| PJW354613 | 09/24/08 | 09/24/09 | 12:01 a.m. at the named insured's address |

**This is not a bill.  If premium is due, an invoice is enclosed.**

Notice sent to one named insured constitutes notice to all named insureds. This replaces all previously issued policy declarations.  In return for your payment of the required premium, we provide the coverage described in this policy during the policy period subject to the policy terms.

**Effective From 05/30/09 To 09/24/09**

Total Policy Premium: $6,290.34

**Scheduled Jewelry**

We cover only the articles listed below up to the limit of insurance shown.

| Item | Description of Item | Limit | Deductible | Premium |
|---|---|---|---|---|
| 1 | GTS ROLEX "DAYTONA" COSMOGRAPH WATCH 18 KT YG WITH ENGRAVED TACHYMETER BEZEL AND BLK MOTHER OF PEARL ROMAN NUMERAL DIAL ATTACHED TO A BROWN LEATHER STRAP, SERIAL #Z398095 | $22,500 | $500 | $484 |
| 2 | GENT'S SUBMARINER ROLEX WITH BLUE TIME-LAPSE BEZEL, BLUE DIAL, ATTACHED TO A TWO TONE ROLEX OYSTER FLIPLOCK BRACELET, SERIAL #D360181, REF #2184091, | $9,300 | $0 | $186 |
| 3 | LDS CONCORD WATCH WITH 18KT G CASE AND BRACELET WITH DIAS, .45 CTS, G, VVS2 | $12,700 | $0 | $254 |
| 4 | LDS RG 14KT WG MTG WITH 1.03CT MARQ C DIA, G, I1, EGL #US 31056317D, AND 102 BEAD AND CHANNEL SET DIAS TW .65CTS, G, VS-SI. | $4,980 | $0 | $100 |
| 5 | LDS RG 18KT WG MTG WITH 26 RFC DIAS AND 66 BAG C DIAS TW 2.37CTS, H, VS. | $5,325 | $0 | $107 |
| 6 | LDS RG 18KT WG MTG WITH 1.01CT RBC DIA, F, SI2, EGL #US 37630106D. | $5,325 | $0 | $107 |

DECPJ
Ed. 10-02

Roberto J Mongalo
Carola Suarez
17221 SW 143rd Ct
Miami, FL 33177-2752

Policy Number PJW354613
Effective Date 09/24/08

# Personal Jewelry
## Amended Declaration
**Effective  09/24/08**

**Effective  05/30/2009**

| Item | Description of Item | Limit | Deductible | Premium |
|---|---|---|---|---|
| 7 | LDS RG PLAT MTG WITH .65CT RBC DIA, H, SI1, AND 8 TAP BAG C DIAS TW .52CTS, H, VS, MATCHING BAND PLAT MTG WITH 6 BAG C DIAS TW .22CTS, H, VS. | $4,685 | $0 | $94 |
| 8 | LDS RG 14KT WG MTG WITH .60CT RBC DIA, H, SI1, AND 8 RFC DIAS TW .22CTS, H, SI. | $2,660 | $0 | $53 |
| 9 | LDS WED BAND 18KT WG MTG WITH 9 RFC DIAS TW .42CTS, H, VS. | $1,330 | $0 | $27 |
| 10 | GTS CARTIER SANTOS 100 WATCH 18 KT YG CASE AND ATTACHED TO BROWN CROCO STRAP WITH DEPLOYMENT BUCKLE, REF #0002499572, SERIAL #265793242LX | $23,525 | $0 | $588 |
| 11 | DATEJUST ROLEX 18 KT YG, 36 MM, DIA BEZEL, WHITE MOTHER OF PEARL DIA DIAL WITH DATE FUNCTION AT 3:00, ORNAGE LEATHER STRAP, SERIAL # D324644, REF # 2588333. | $28,500 | $0 | $713 |
| 12 | LDS ENG RG PLAT MTG WITH 2.28 CT RBC DIA, H-I, I2 AND 2 TAP BAG C DIAS TW .28 CTS, H-I, VS. | $14,600 | $0 | $292 |
| 13 | LDS ENG RG 14 KT WG MTG WITH 2.07 CT PRIN C DIA, H-I, I2. | $10,400 | $0 | $208 |
| 14 | LDS BRAC 18 KT TTG MTG WITH 42 OVAL C DIAS AND CUSH C DIAS TW 6.72 CTS, FANCY LIGHT TO FANCY YELLOW, VS AND 868 RFC DIAS TW 9.66 CTS, E-F, VS2 AND LOCKING PLUNGER CLASP. | $28,400 | $0 | $710 |
| 15 | LDS RG 18 KT YG CATHEDRAL MTG WITH 3.85 CT FACETED RECT STEP C EMERALD, GREEN, SI WITH 2 RFC DIAS TW .28 CTS, F-G, VS | $20,550 | $0 | $514 |
| 17 | LDS COCKTAIL RG 14 KT YG MTG SET WITH 31 RFC DIAS, TW 2.82 CTS, J-K, I1-I2 & 37 STR BAG C DIAS, TW 2.78 CTS, I-J, SI2 | $9,225 | $0 | $185 |
| 18 | PR "J" HOOP EARRINGS 10 KT YG MTGS SET WITH 8 RND FACETED RUBIES, .66 CTS STRONG RED & 12 BAG C DIAS, TW .40 CTS, J-K, VS | $850 | $0 | $17 |
| 19 | LDS NECKLACE 18 KT YG SET WITH 10 RND FACETED RUBIES, 1.20 CTS, PINKISH RED, 164 RFC DIAS, TW 4.10 CTS & 18 BAG C DIAS, TW .72 CTS, I-J, SI1 | $12,000 | $0 | $240 |

Roberto J Mongalo
Carola Suarez
17221 SW 143rd Ct
Miami, FL 33177-2752

Policy Number PJW354613
Effective Date 09/24/08

**Personal Jewelry**

**Amended Declaration**

**Effective   09/24/08**

**Effective   05/30/2009**

| Item | Description of Item | Limit | Deductible | Premium |
|------|---------------------|-------|------------|---------|
| 20 | LDS NECKLACE 18 KT YG MTG WITH 7 OVAL C RUBIES, TW 4.92 CTS, STRONG RED, SI WITH 56 RFC DIAS TW 1.52 CTS, G-H, VS AND 14 STR BAG C DIAS TW .90 CTS, H-I, VS1 WITH A LOCKING PLUNGER CLASP. | $13,850 | $0 | $277 |
| 21 | LDS FASH RG 18 KT YG MTG WITH 2.73 CT CUT-CORNERED RECT STEP C NAT EMERALD, STRONG GREEN, NOTICEABLE INCLUSIONS WITH 12 RFC DIAS ATW .48 CTS, F-G, SI1-2. | $6,550 | $0 | $131 |
| 22 | LDS FASH RG 18 KT WG MTG WITH 9 OVAL C NAT SAPPHS, TW 9.27 CTS, STRONG BLUE, SI, WITH 12 STR BAG C DIAS TW 1.68 CTS, F-G, VS1. | $16,350 | $0 | $409 |
| 23 | LDS FASH RG 18 KT WG MTG WITH 9.00 CT OVAL C NAT EMERALD, STRONG GREEN, INCLUSIONS WITH 2 TRIANGULAR CUSH SHAPED BR C PERIDOTS, TW 3.40 CTS, VIVID YELLOW-GREEN, NOTICEABLE INCLUSIONS (1 IS SLIGHTLY CHIPPED). | $8,075 | $0 | $162 |
| 24 | LDS FASH RG 18 KT WG MTG SET WITH A 1.76 CT FACETED CUT CORNERED REC STEP C EMER, STRONG SLIGHTLY BLUISH GREEN, 16 RFC DIAS, .74 CTS & 2 MARQ BR C DIAS, TW .12 CTS, E-F, VS | $5,600 | $0 | $112 |
| 25 | LDS FASH RG 18 KT YG MTG SET WITH 2 FACETED CUT CORNERED REC STEP C EMERS, TW 4.41 CTS, STRONG BLUISH GREEN & 10 STR BAG C DIAS, TW .71 CTS, F-G, VS1 | $9,825 | $0 | $197 |

|  | Total Scheduled Jewelry Limit: | $277,105 | | |

| | | |
|---|---|---|
| Florida Hurricane Catastrophe Fund Assessment Surcharge: | | $61.67 |
| FL Insurance Guaranty Association Surcharge: | | $61.67 |
| Total Policy Premium: | | $6,290.34 |

## Policy Forms and Endorsements

| Number | Version | |
|--------|---------|---|
| PJ004 | 07-03 | Personal Jewelry Policy Booklet |
| PJ709 | 03-08 | Florida Amendatory Endorsement |

© 2002 Jewelers Mutual Insurance Company

DECPJ
Ed. 10-02



**Jewelers Mutual**
INSURANCE COMPANY
24 Jewelers Park Drive  P.O. Box 468  Neenah, WI 54957-0468
888 884-2424 • Fax 920 725-9401 • www.jewelersmutual.com

## Personal Jewelry Insurance Policy

### Please read your entire policy carefully
### This is a jewelry repair or replacement policy

## Table of Contents

|  |  | Page |
|---|---|---|
| Agreement | | 1 |
| Definitions | | 1 |
| General Provisions | | 2 |
| Perils Covered | | 2 |
| Additional Coverage | | 2 |
| Perils Excluded | | 2 |
| What Must Be Done In Case of Loss | | 2 |
| How "We" Settle Losses | | 3 |
| Claims Against Others | | 3 |
| What Happens if "You" and "We" Disagree | | 4 |
| Other Conditions | | 4 |
| Canceling This Policy | | 5 |
| Mutual Policy Conditions | | 5 |

## Agreement

In return for "your" payment of the required premium, "we" provide the coverage described in this policy during the policy period subject to the policy "terms."

## Definitions

"We" have tried to make this policy as easy to read as possible, but a few of the "terms" need to be defined and are shown in quotation marks.

1. "Covered property" means the items shown on the declarations page under Scheduled Jewelry.

2. "Insured" means "you." The word "insured" also means:

   a. "Your" spouse;

   b. "Your" relatives if residents of "your" household;

   c. Persons under the age of 21 in "your" care or the care of "your" resident relatives; or

   d. "Your" legal representative if "you" die during the policy period. (This person is an "insured" only for the "covered property.")

3. "Terms" means the provisions, limitations, exclusions, conditions, and definitions used in this policy.

4. "We," "us" and "our" mean the company providing this coverage.

5. "You" and "your" mean the individual(s) listed in the Named Insured and Address section of the declarations page.

© 2003 Jewelers Mutual Insurance Company

PJ004
(Ed.07-03)

## General Provisions

### Perils Covered

"We" cover direct physical loss or damage occurring worldwide to "your" "covered property," unless the loss is excluded in the Perils Excluded section.

### Additional Coverage

1. **Newly Purchased Jewelry** - "We" cover jewelry that "you" purchase during the policy period. "We" must receive a written request to insure, a copy of the sales receipt and an appraisal within 30 days from the date of purchase. Coverage will cease for additional property if not reported to "us" within this 30-day period. Premium will be charged from the date "you" purchase this property.

   "We" may, at "our" option, repair, replace or rebuild the newly purchased property or settle based on the actual cash value of the property. The most that "we" will pay in the event of a loss, for all such items, will be the smaller of the following:

   a. 25 percent of the total limit of insurance for "covered property" shown on the declarations page;

   b. $10,000; or

   c. "Our" cost to repair, replace or rebuild the newly purchased property with material of like kind and quality.

### Perils Excluded

"We" do not pay for a loss if one or more of the following excluded perils apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as or after the excluded peril.

1. Wear and tear to "covered property."

2. Gradual deterioration of "covered property."

3. A fault or weakness that is intrinsic to the "covered property" which causes it to break, spoil, become defective, or destroy itself.

4. Insect or vermin damage to "covered property."

5. War. This means:

   a. Declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

   b. A warlike act by a military force or by military personnel;

   c. The destruction, seizure or use of the "covered property" for a military purpose; or

   d. The discharge of a nuclear weapon even if it is accidental.

6. Civil authority. This means:

   a. Seizure or destruction under quarantine or customs regulations;

   b. Confiscation or destruction by order of a government or public authority; or

   c. Risks of contraband or illegal transportation or trade.

7. Nuclear hazard. This means nuclear reaction, nuclear radiation or radioactive contamination:

   a. Whether controlled or uncontrolled; or

   b. Caused by, contributed to or aggravated by a peril covered by this policy. A loss caused by nuclear hazard will not be considered to be a loss caused by fire, explosion or smoke. If fire is covered by this policy, "we" do cover the loss caused by a fire that results from the nuclear hazard.

8. Intentional conduct, including theft, by "you" or any "insured."

### What Must Be Done in Case of Loss

1. **Protect the "Covered Property"** - "You" must take all reasonable steps to protect or recover the "covered property" after a loss has occurred.

2. **Notice** - "You" must promptly notify "us" and confirm the loss in writing if requested.

3. **Notice to Police** - "You" must promptly notify the police if the loss results from a violation of the law.

4. **Proof of Loss** - "You" must send "us" a statement of loss, under oath if requested, within 90 days after the loss occurs. This must include the following information:

   a. The date, time, place, and details of the loss;

   b. Other insurance that may cover the loss;

   c. "Your" interest and the interest of all others in the "covered property" involved in the loss, including all liens and encumbrances;

   d. Changes in the title of the "covered property" during the policy period; and

e. An inventory of "your" lost and damaged "covered property." This must show in detail the quantity, description, cost, and actual cash value of the "covered property," and the amount of the loss. Copies of all bills, receipts and related documents that substantiate the inventory must be attached.

5. **Additional Duties** - As often as "we" may reasonably request, "you" must:

   a. Submit to an examination under oath;

   b. Assist "us" in obtaining the attendance of other people for examination under oath (if more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of the others);

   c. Exhibit damaged and undamaged "covered property"; and

   d. Produce all records that relate to value, loss and cost of "covered property" and permit copies and abstracts to be made from them.

6. **Cooperation** - "You" must cooperate with "us" in performing all acts that are required by this policy.

7. **Abandonment** - "You" may not abandon the "covered property" to "us" without "our" written consent.

## How "We" Settle Losses

1. **"Our" Loss Settlement Options** - "We" may at "our" option:

   a. Repair, replace or rebuild the "covered property"; or

   b. Settle based on the actual cash value of the "covered property" at the time of loss.

   "We" may take all or part of the damaged "covered property" at the agreed or appraised value. "Covered property" that "we" have paid for or replaced will become "our" property.

2. **The Amount of Loss Settlement** - The smallest of the amounts shown is the most that "we" will pay for a loss:

   a. "Our" cost to repair, replace or rebuild the "covered property" with material of like kind and quality;

   b. The amount of "your" interest in the "covered property"; or

   c. The coverage amount shown.

"You" will be responsible for the deductible amount shown on the declarations page.

When "we" replace or repair the "covered property," it will be from the stock of the jeweler from whom the "covered property" was purchased or another jeweler who is approved by "us."

3. **Loss to Pairs or Sets** - If there is a loss to "covered property" that is part of a pair or set, "we" will pay only for a reasonable part of the value of the pair or set.

4. **Loss to Parts** - If there is a loss to a part of "covered property" that consists of several parts, "we" will pay only for the loss to that part.

5. **Insurance Under More Than One Policy** - If a loss covered by this policy is also covered by other insurance, "we" will pay only the proportion of the loss that the limit of insurance that applies under this policy bears to the total amount of insurance covering the loss.

6. **Losses Paid by Others** - "We" will not pay for the part of a loss that has been paid by someone else.

7. **Restoring the Coverage Amount** - The payment of a partial claim will not reduce the coverage amount.

   If "we" pay a total loss for an item that is "covered property," "we" will refund the unearned premium for the original item.

8. **"Your" Property** - "We" will adjust all losses with "you" unless a loss payee is named with respect to this policy.

9. **When "We" Settle** - "We" will settle a covered loss within 30 days after a satisfactory proof of loss is received and the amount of the loss has been agreed to in writing.

## Claims Against Others

1. **Subrogation** - Upon settlement of a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "We" will not settle a loss if "you" impair "our" right to recover. "Your" right to recover from others may be waived in writing before a loss occurs.

2. **Recoveries** - In the event of a recovery, any "covered property" replaced or paid for will become "our" property. "You" must notify "us" or "we" must notify "you" promptly if either receives a recovery for a loss "we" have settled.

## What Happens if "You" and "We" Disagree

1. **Appraisal** - If "you" and "we" do not agree on the amount of the loss, the value of the "covered property," or the cost to repair or replace the "covered property," either party may demand that these amounts be determined by appraisal.

   If either party makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days after the receipt of the written demand. The two appraisers will select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court in the state where the appraisal is pending to select an umpire.

   The appraisers will determine and list separately:

   a. The amount of the loss,

   b. The value of the "covered property," and

   c. The cost to repair or replace the "covered property."

   If the appraisers submit a written report of an agreement to "us," the agreement will establish these amounts. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. A written agreement by any two of these three will establish the amount, value, and cost stated above.

   Each appraiser will be paid by the party selecting that appraiser. The compensation of the umpire and other expenses of the appraisal will be shared equally by "you" and "us."

2. **Suit Against "Us"** - No suit to recover for a loss may be brought against "us" unless:

   a. All the "terms" of this policy have been complied with, and

   b. The suit is commenced within one year after the loss.

## Other Conditions

1. **Assignment** - This policy may not be assigned without "our" written consent.

2. **Conformity With Statutes** - The "terms" of this policy in conflict with statutes of the state where this policy is issued are changed to conform to those statutes.

3. **Liberalization** - If a revision of a form or endorsement that would broaden coverage without an additional premium is adopted during

the policy period, or within six months before the policy is effective, the broadened coverage will apply.

4. **No Benefit to Bailee** - This policy will not benefit those who are paid to assume custody of the "covered property."

5. **Misrepresentation, Concealment or Fraud** - This policy may be void before or after a loss if:

   a. "You" have concealed or misrepresented

      1) A material fact or circumstance that relates to this insurance or the subject thereof.

      2) "Your" interest herein.

   b. There has been fraud or false swearing by "you" with regard to a matter that relates to this policy or the subject thereof.

6. **Change, Modification or Waiver of Policy "Terms"** - A waiver or change of any "terms" of this policy must be issued by "us" in writing to be valid.

7. **Renewal Offer** - If "we" offer to renew and "you" or "your" representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that "you" have not accepted "our" offer.

   At each anniversary date, "we" will substitute or add new or changed forms and endorsements authorized for use with this policy. The renewal premium will be calculated using rates in effect at each anniversary date.

8. **"Covered Property" in Someone Else's Possession** - If the "covered property" is a gift or an engagement ring, the name of the individual who has possession of the "covered property" must be included on the declarations page under Named Insured and Address.

9. **Adding or Removing "Covered Property" or Coverage Changes** - To add jewelry or to change limits of insurance or descriptions on existing "covered property," "you" must send "us" a written request with a copy of an appraisal completed by the jeweler from whom the jewelry was purchased or another jeweler who is approved by "us."

   Coverage is effective on the postmark date shown on the envelope containing "your" written request and the appraisal.

   To remove coverage on an item of "covered property" or remove an "insured" from the policy, "we" need a written request to do so signed by each individual(s) listed in the Named Insured

## Canceling This Policy

1. If "You" Cancel -

   a. "You" may cancel this policy at any time by giving "us" written notice or returning the policy to "us." This notice must contain the signature(s) of the individual(s) listed in the Named Insured and Address section of the declarations page.

   b. If "you" cancel this policy during the first 30 days, the premium will be fully refunded. If "you" cancel this policy after 30 days, the unearned premium will be calculated on a pro rata basis and refunded.

2. If "We" Cancel -

   a. "We" may cancel this policy at any time by giving "you" written notice at least 10 days before cancellation is effective, unless otherwise required by statute. The notice will be delivered or mailed to "you" at the address shown in the Named Insured and Address section of the declarations page. Proof of delivery or mailing is sufficient proof of notice.

   b. If "we" cancel this policy, the unearned premium will be calculated on a pro rata basis and refunded.

3. **Refund of Premium** - Payment or tender of unearned premium is not a condition of cancellation. If the unearned premium is not refunded with the cancellation notice, it will be sent to "you" within a reasonable time.

## Mutual Policy Conditions

This policy is issued by a mutual company having special regulations lawfully applicable to its organization, membership, policies or contracts of insurance, of which the following shall apply to and form a part of this policy:

By virtue of this policy, the policyholder is a member of Jewelers Mutual Insurance Company and is entitled to vote, in person or by proxy, at all meetings of the company. The annual meeting of the company is held at its home office in the city of Neenah, in the county of Winnebago and the state of Wisconsin on the third Wednesday in May each year at 10 a.m.

This policy is nonassessable. The holder of this policy is not subject to any contingent liability, nor liable to

*Carol Q Sane*

Corporate Secretary

## Important

When corresponding with Jewelers Mutual Insurance Company, please include your full name, address and policy number.

**Your jeweler is not an agent of Jewelers Mutual Insurance Company. If you have any questions about your policy, please call 888-884-2424 and ask for the Personal Jewelry Department.**



**Jewelers Mutual**
INSURANCE COMPANY
24 Jewelers Park Drive · P.O. Box 468 · Neenah, WI 54957-0468
888 884-2424 · Fax 920 725-9401 · www.jewelersmutual.com

**Amendatory Endorsement
Florida**

The Personal Jewelry Insurance Policy, Form PJ004, is amended as follows:

## How "We" Settle Losses

Item 9., entitled When "We" Settle, is amended to include the following:

If "we" have agreed in writing to the settlement of a claim, "we" will pay for that loss within 20 days after such settlement is reached.

## What Happens If "You" and "We" Disagree

Item 2. is deleted and replaced with the following:

2.  **Suit Against "Us"** — No suit to recover for a loss may be brought against "us" unless:

    a.  All the "terms" of this policy have been complied with and

    b.  The suit is commenced within five years after the loss.

## Other Conditions

Item 5. is deleted and replaced with the following:

5.  **Misrepresentation, Concealment or Fraud** — This policy does not provide coverage before or after a loss if:

    a.  "You" have concealed or misrepresented

        1)  A material fact or circumstance that relates to this insurance or the subject thereof.

        2)  "Your" interest herein.

    b.  There has been fraud or false swearing by "you" with regard to a matter that relates to this policy or the subject thereof.

Item 7., entitled Renewal Offer, is amended to include the following:

If "we" decide to renew this policy, "we" will give "you" written notice of the renewal premium at least 45 days prior to the renewal date.

## Canceling This Policy

Item 2. is deleted and replaced with the following:

2.  **If "We" Cancel —**

    a.  "We" may cancel or not renew this policy by written notice to "you" at the address shown in the policy. "Our" notice will state the specific reasons for cancellation or nonrenewal. Proof of delivery or mailing is sufficient proof of notice.

        "We" may cancel or not renew this policy on the basis of property insurance claims that are the result of an act of God only if "we" can show, by claims frequency or otherwise, that "you" have failed to take action reasonably necessary as requested by "us" to prevent further damage to "your" property.

© 2006 Jewelers Mutual Insurance Company
PJ709
(Ed. 03-06)

"We" may cancel or not renew this policy on the basis of a single property claim which is the result of water damage, only if "we" can demonstrate that "you" have failed to take action reasonably requested by "us" to prevent a future similar occurrence of damage to the insured property.

If this policy has been in effect 90 days or less, "we" may cancel for any reason.

"We" will give "you" notice at least ten days before the cancellation is to be effective if "we" cancel for nonpayment of premium, material misstatement or misrepresentation, or failure to comply with the underwriting requirements that "we" have established.

Otherwise, "we" will give "you" notice at least 20 days before the cancellation is to be effective.

If the policy has been in effect for more than 90 days, or if it is a renewal of a policy issued by "us", "we" may cancel or not renew this policy only at the anniversary date unless one or more of the following reasons apply:

1)   the premium has not been paid when due;

2)   there has been material misstatement or misrepresentation;

3)   there has been failure to comply with underwriting requirements that "we" established within 90 days of the policy effective date;

4)   there has been a substantial change in the risk covered; or

5)   there has been cancellation for all "insureds" for a given class of "insureds."

"We" will give "you" notice at least ten days before the cancellation is to be effective if "we" cancel for nonpayment of premium.

Otherwise, "we" will give "you" notice at least 45 days before the cancellation or nonrenewal is to be effective if "we" cancel or nonrenew for any reason other than nonpayment of premium.

b.   If "we" cancel this policy, the unearned premium will be calculated on a pro rata basis and refunded.

Item 3. is deleted and replaced with the following:

3.   **Refund of Premium** – "Your" return premium, if any, will be refunded within 15 working days after the effective date of cancellation unless the final policy premium is determined by audit.  If the final policy premium is determined by audit, an audit will be performed and premium refunded within 90 days from the date of cancellation.  If an audit cannot be completed within that time, "we" will accept audit information that "you" provide and refund any return premium within ten working days after "we" receive the necessary audit information from "you".  If "we" are unable to obtain audit information due to "your" lack of cooperation, the deposit premium will be considered fully earned.  In all cases, if the return premium is $5.00 or less, "we" will only provide a refund if "you" specifically request the refund.  Payment or tender of unearned premium is not a condition of cancellation.

**JM**

SURANCE COMPANY

Box 468
anah, Wisconsin 54957-0468



D/S AUTHORIZATION 18.
MILWAUKEE WI

09-218
ROBERTO J. MONGALO

     Plaintiff,

v.

JEWELERS MUTUAL
INSURANCE COMPANY

     Defendant

_____/

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION  DIVISION

CASE NO.  14-017532 CA 01

FLORIDA BAR NO.  248886

## NOTICE OF FILING RETURN OF SERVICE

Plaintiff Roberto J. Mongalo by and through his undersigned attorneys, hereby files

the return of service upon Defendant Jewelers Mutual Insurance Company.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August, 2014, a copy of the foregoing
was served via Email to: Michael Simon, Esquire, Email: msimon@simonreedlaw.com.

ALBERT E. MOON, P.A.
Counsel for Plaintiff
Email: albertemoonpa@bellsouth.net

ALBERT E. MOON, ESQUIRE





14-083486

CHIEF FINANCIAL OFFICER
**JEFF ATWATER**
STATE OF FLORIDA

ROBERTO J. MONGALO

PLAINTIFF(S),

VS.

JEWELERS MUTUAL INSURANCE COMPANY

DEFENDANT(S).

CIVIL ACTION SUMMONS, COMPLAINT, EXHIBIT

CASE #:    14-017532 CA 01
COURT:    CIRCUIT COURT
COUNTY:   MIAMI-DADE
DFS-SOP#: 14-083486

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 16th day of July, 2014 and a copy was forwarded by Electronic Delivery on the 18th day of July, 2014 to the designated agent for the named entity as shown below.

JEWELERS MUTUAL INSURANCE COMPANY
MARK K WILLSON
GENERAL COUNSEL
JEWELERS MUTUAL INSURANCE COMPANY
24 JEWELERS PARK DR
NEENAH, WI 54956

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

ALBERT E. MOON
19 WEST FLAGLER STREET                                       TMB
SUITE 705
MIAMI FL 33130

09-218
ROBERTO J. MONGALO

     Plaintiff,

v.

JEWELERS MUTUAL
INSURANCE COMPANY

     Defendant

—————————————————/

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION  DIVISION

CASE NO.   14-017532 CA 01

FLORIDA BAR NO.  248886

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of Complaint to Defendant:

**Jewelers Mutual Insurance Company**
c/o Florida Chief Financial Officer
200 East Gaines Street
Tallahassee, Florida 32399-4201

     A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court.  A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid society office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the Court you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's

Page 1 of 2

Attorney" named below.

ALBERT E. MOON, P.A.
Biscayne Building - Suite 705
19 West Flagler Street
Miami, Florida 33130
Telephone No.:  (305) 379-7362
Facsimile No.:  (305) 379-7365
Email: albertemoonpa@bellsouth.net

DATED ON: JUL 1 0 2014 _____, 2014  .

Harvey Ruvin
as Clerk of said Court

By: _____
As Deputy Clerk

Filing # 15550261 Electronically Filed 07/03/2014 01:30:57 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statues section 25.075.

### I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Roberto J Mongalo</u>
Plaintiff
    vs.
<u>Jewelers Mutual Insurance Company</u>
Defendant

### II.   TYPE OF CASE

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000

- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice -- business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
   ☒ Monetary;
   ☐ Non-monetary
   ☐ Non-monetary declaratory or injunctive relief;
   ☐ Punitive

IV. **NUMBER OF CAUSES OF ACTION:** (     )
   (Specify)

   <u>2</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐ Yes
   ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒ No
   ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒ Yes
   ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Albert E Moon</u>                                   FL Bar No.:  <u>248886</u>
   (Attorney or party)                                                   (Bar number, if attorney)

<u>Albert E Moon</u>                                                   <u>07/03/2014</u>
   (Type or print name)                                              Date

Filing # 16725110 Electronically Filed 08/05/2014 12:17:07 PM

09-218
ROBERTO J. MONGALO

     Plaintiff,

v.

JEWELERS MUTUAL
INSURANCE COMPANY

     Defendant

————————————————/

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION  DIVISION

CASE NO.  14-017532 CA 01

FLORIDA BAR NO.  248886

## PLAINTIFF'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO DEFENDANT

    Plaintiff Roberto J. Mongalo by and through his undersigned attorneys,  propounds Interrogatories to Defendant Jewelers Mutual Insurance Company, requesting that said Interrogatories be answered, under oath, within thirty (30) days, after service thereof, in accordance with the applicable rules of the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 5th day of August, 2014, a copy of the foregoing was served via Email to: Michael Simon, Esquire, Email: msimon@simonreedlaw.com.

           ALBERT E. MOON, P.A.
           Counsel for Plaintiff
           Email: albertemoonpa@bellsouth.net

           ALBERT E. MOON, ESQUIRE

Filing # 16725110 Electronically Filed 08/05/2014 12:17:07 PM

09-218
ROBERTO J. MONGALO

    Plaintiff,

v.

JEWELERS MUTUAL
INSURANCE COMPANY

    Defendant

_____/

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION  DIVISION

CASE NO.  14-017532 CA 01

FLORIDA BAR NO.  248886

## PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT

Plaintiff Roberto J. Mongalo by and through his undersigned attorneys, Requests

Defendant Jewelers Mutual Insurance Company to Produce for inspection and/or copying

at the offices of the undersigned, within thirty (30) days from the date of this Request, the

following:

1. The entire claim file, less any work product materials, generated before the date

that litigation was anticipated.

2. All correspondence to Plaintiff Roberto J. Mongalo from Defendant.

3. All correspondence from Plaintiff Roberto J. Mongalo to Defendant.

4. All statements of Plaintiff, written, recorded or taken under oath.

5. A certified copy of the policy in effect on the claimed date of loss.

6. All adjuster notes, whether typewritten handwritten or electronically recorded

of any conversations between Plaintiff and Defendant or any of its employees or agents.

7. All expert reports relied upon by Defendant in denying the claim of Plaintiff.

8. Legible and complete copy of application for insurance for policy number

PJW354613 .

9. All photographs taken by Defendant or any of its agents or contractors which support Defendant's denial of Plaintiff's claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August, 2014, a copy of the foregoing was served via Email to: Michael Simon, Esquire, Email: msimon@simonreedlaw.com.

ALBERT E. MOON, P.A.
Counsel for Plaintiff
Email: albertemoonpa@bellsouth.net

ALBERT E. MOON, ESQUIRE