UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ROBERTO J. MONGALO,          CASE NO.: 1:14-cv-23008 JLK

    Plaintiffs,

v.

JEWELERS MUTUAL
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the foregoing Stipulation, it is

ORDERED AND ADJUDGED that the above cause be and the same is hereby dismissed by and between the Plaintiff Robert J. Mongalo and Defendant, Jewelers Mutual Insurance Company, with prejudice, each party to bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this ___ day of _____, 2017.

_____
U.S. DISTRICT JUDGE

cc: Albert E. Moon, Esquire
    Michael Simon, Esquire